IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-253-AP**

**SANDRA B. PHILLIPS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

       Defendant's Unopposed Motion for Remand (doc. #11), filed July 19, 2007, is GRANTED.

       This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

       Dated: July 23, 2007.

                           BY THE COURT:

                           *S/John L. Kane*
                           JOHN L. KANE, SENIOR JUDGE
                           UNITED STATES DISTRICT COURT